# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-3643
L.T. Case No. SP25-4636

———————————————————

MENYON OZOMARO,

    Appellant,

    v.

MACDARA HANNEY,

    Appellee.

———————————————————

On appeal from the County Court for St. Johns County.
Benjamin J. Rich, Judge.

Menyon Ozomaro, Ponte Vedra Beach, pro se.

No Appearance for Appellee.

April 7, 2026

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____